UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL J. BRADWAY,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT BURTON,<br><br>    Respondent. | No. 2:21-cv-0986 KJN P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

    Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 14, 2021, petitioner filed a motion to amend his petition to change the respondent to Robert Burton, current warden of California Health Care Facility where petitioner is currently housed. Good cause appearing, petitioner's motion is granted; Robert Burton is substituted for respondent Yashodara Rao. Fed. R. Civ. P. 25(d); see Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994).

    In addition, on June 11, 2021, petitioner was ordered to file, within thirty days, an in forma pauperis affidavit or pay the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). The thirty day period has now expired, and petitioner has not responded to the court's order and has not filed an application to proceed in forma pauperis or paid the filing fee.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Petitioner's motion (ECF No. 5) is granted; and

  2. Robert Burton, current warden of the California Health Care Facility, is substituted as respondent; and

  3. The Clerk of Court shall assign a district judge to this case.

Further, IT IS RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  July 20, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/brad0986.fifp.hab