UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABRIEL J. BRADWAY,

    Petitioner,

v.

ROBERT BURTON,

    Respondent.

No.  2:21-cv-0986 KJM KJN P

ORDER

    Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 20, 2021, the undersigned recommended that this action be dismissed based on petitioner's failure to file an in forma pauperis application or pay the court's $5.00 filing fee.  Petitioner filed objections, claiming that on June 14, 2021, he submitted a trust account withdrawal order to the CHCF trust office to process, and provided a copy of his completed form.[1]  (ECF No. 8 at 7.)

    However, court records do not reflect receipt of the filing fee.  Moreover, the document provided by petitioner does not confirm that the trust office received the request, or that the amount was deducted from his trust account.  In addition, petitioner has since transferred to

---

[1] Plaintiff also provided copies of the court's order and findings and recommendations.  (ECF No. 8 at 5-6; 8-10.)  The court retains copies of all documents issued by the court, as well as those filed by the parties.  Therefore, plaintiff is not required to provide copies of court orders with any court filing.

1

Valley State Prison. Therefore, petitioner is granted an additional thirty days in which to file a request to proceed in forma pauperis, pay the court's filing fee, or submit a copy of his inmate trust account reflecting that payment was issued for the $5.00 filing fee. Petitioner is cautioned that this action cannot proceed until he either pays the filing fee (or demonstrates that the filing fee was paid), or files a request to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 20, 2021, are vacated; and

2. Petitioner is granted thirty days in which to submit an application to proceed in forma pauperis, pay the court's filing fee, or demonstrate that the filing fee was deducted from his inmate trust account. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: September 13, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/brad0986.vac